622

400 A.2d 640

Commonwealth v. Mack, Appellant.

Submitted September 15, 1978. Martin N. Ghen, for appellant; Eric B. Henson, Assistant District Attorney, for Commonwealth, appellee.

Before PRICE, HESTER and HOFFMAN, JJ.

Order affirmed.

400 A.2d 640

Commonwealth v. Morris, a/k/a Morse, Appellant.

Submitted April 10, 1978. G. William Bills, Jr., for appellant; Robert E. Colville, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

CERCONE, J., concurred in the result.

HOFFMAN, J., did not participate in the consideration or decision of this case.